IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| VANESSA GRAY, as mother of deceased Briana Arford, and as guardian for Austin Arford | * * * * | |
| Plaintiff | * | |
| VS. | * | NO: 3:09CV00010 SWW |
| | * | |
| Burlington Northern Santa Fe Railway Company, Dewayne A. Graves, Randy E. Buckner, Hosie Gladney, and Kim Williams | * * * * * | |
| Defendants | * | |

## ORDER

Before the Court is a stipulation to dismiss Separate Defendants Dewayne A. Graves, Randy E. Buckner, Hosie Gladney, and Kim Williams. The stipulation is signed by counsel for all parties who have appeared in this case. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Separate Defendants Dewayne A. Graves, Randy E. Buckner, Hosie Gladney, and Kim Williams are DISMISSED WITHOUT PREJUDICE. These separate defendants are dismissed as parties.

IT IS SO ORDERED THIS 29TH DAY OF SEPTEMBER, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE