# THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| VANESSA GRAY, as mother of deceased Briana Arford, and as guardian for Austin Arford | * * * * | |
| Plaintiff | * | |
| VS. | * | NO: 3:09CV00010   SWW |
|  | * | |
| Burlington Northern Santa Fe Railway Company, Dewayne A. Graves, Hosie Gladney, and Kim Williams | * * * * | |
| Defendants | * * | |

## **ORDER**

Before the Court is Plaintiff's unopposed motion for an amended scheduling order. Plaintiff seeks a continuance of the trial date and an extension of all deadlines. As provided in the Court's final scheduling order, the parties may conduct discovery beyond the discovery deadline set forth in the final scheduling order; however, the Court will not be available to resolve discovery disputes that arise during the course of extended discovery. The Court will continue the trial date and set a new deadlines for dispositive motions.

IT IS THEREFORE ORDERED that Plaintiff's unopposed motion for an amended scheduling order is GRANTED as provided above.

IT IS SO ORDERED THIS 29th DAY OF DECEMBER, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE