IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| VANESSA GRAY, as mother of deceased Briana Arford, and as guardian for Austin Arford | * * * * | |
| Plaintiff | * | |
| VS. | * | NO: 3:09CV00010 SWW |
| | * | |
| Burlington Northern Santa Fe Railway Company, Dewayne A. Graves, Hosie Gladney, and Kim Williams | * * * * | |
| Defendants | * * | |

## ORDER

Before the Court is Defendant Burlington Northern Santa Fe Railway Company's motion *in limine*. The Court will not address motions *in limine* in this case until a time closer to trial, which is scheduled to begin October 18, 2010 . Accordingly, the motion *in limine* [docket entry #50] is DENIED WITHOUT PREJUDICE. Defendant should resubmit the motion at a time closer to trial.

IT IS SO ORDERED THIS 1ST DAY OF JULY, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE