### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

VANESSA GRAY, ET AL

vs.                                    NO. 3:09CV00010 SWW

BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY

**ORDER**

Before the Court is a joint motion for a continuance of the trial [doc #73] in the above matter previously scheduled for October 18, 2010. The Court finds that, for good cause shown, the motion should be, and it hereby is, ***granted***.

The trial of this matter is rescheduled for trial to a jury during the week beginning ***MONDAY, JUNE 27, 2011,*** commencing at ***1:30 p.m.***, ***in JONESBORO***, Arkansas. Counsel should be present 30 minutes prior to the time of trial.

Parties may file amended Pretrial Disclosure Sheets, if necessary, by ***May 27, 2011.***

All other deadlines remain as previously scheduled and consistent with the new trial date.

Motions in limine (docs #70 & #71) are ***denied*** without prejudice and may be refiled prior to the new trial date.

IT IS SO ORDERED this 13th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE